UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN STERLING DESMOND                   CIVIL ACTION

VERSUS                                        NUMBER: 12-1190

MICHAEL J. ASTRUE,                     SECTION: "G"(5)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment[2] is **DENIED**;

**IT IS FURTHER ORDERED** that defendant's cross motion for summary judgment is **GRANTED**.[3]

New Orleans, Louisiana, this  13th  day of   May   , 2013.

                                             *Nannette Jolivette Brown*
                                             UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 22.

[2] Rec. Doc. 19.

[3] Rec. Doc. 20.